ACCEPTED
15-25-00066-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/7/2025 9:23 AM
CHRISTOPHER A. PRINE
CLERK

# County Civil Court at Law 3
# Harris County, Texas

FILED IN
5th COURT OF APPEALS
AUSTIN, TEXAS
5/7/2025 9:23:54 AM
CHRISTOPHER A. PRINE
Clerk

Dominique Cunningham
_____
Plaintiff

1240384
_____
CASE NUMBER

v.

Justice of Peace Honorable
Judge Steve Duble
_____
Defendant

LaShawn Williams
_____
JUDGE

## NOTICE OF APPEAL

Notice is hereby given that   Dominique Cunningham
appeals to the Fifteenth Court of Appeals:

*Tex. Civ. Prac. & Rem. Ann. § 66.001*, expresses legal grounds a statutory county court Judge has if presiding over a Chapter 66 Quo Warranto litigation. The case was dismissed in the trial court for lack of jurisdiction, additionally, without citation issued to Defendant. Pursuant to **TEX. R. JUDICIAL ADMINISTRATION 7.2 (c), TEX. CIV. PRAC. & REM. ANN. 66, TEX. LOC. GOV'T. ANN. 87, TEX. R. APP. P. 26.1 (a)(4), TEX. GOV'T. ANN. § 22.220 (a), and TEX. R. APP. P. II;** Plaintiff appeals in the Fifteenth Court of Appeals to challenge jurisdiction of a county civil court at law when petitioned a Quo Warranto proceeding. Plaintiff is indigent and continues Pro Se, in appeal.

entered on this date  01-13-2025                          .

Attorney/Pro Se Litigant Signature _____

Print Name  Dominique Cunningham

Address  1500 Hadley

City, State, Zip  Houston, Texas 77002-9999

Telephone  (832) 735-0226

## Certificate of Service

On May 07, 2025, I filed Amended Notice of Appeal with the Clerk of Court for Fifteenth Court of Appeals, Harris County, Southern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized in Federal Rules of Civil Procedure 5 (b)(2).

_____
Signature

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 100529139
Filing Code Description: Amended Notice of Appeal
Filing Description: Amended Notice of Appeal
Status as of 5/7/2025 9:53 AM CST

Associated Case Party: Steven Duble

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Steven Duble | | myjp12@jp.hctx.net | 5/7/2025 9:23:54 AM | SENT |